M. H. Fitzsimmons, appellee, v. William Cowan et al., defendants. Fred Siebel, appellant. Gen. No. 8,288.

Opinion filed
August 29, 1931. Rehearing denied January 15, 1932.

David T. Smiley, for appellant. Vincent S. Lumley, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.